**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Damon BURKHALTER, Defendant–
Appellant.**

No. 08–30770
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Maurice Landrieu, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Damon Burkhalter, Killona, LA, for Defendant–Appellant.

Before KING, JOLLY, and
SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Damon Burkhalter has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Burkhalter has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.